**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfredo Lucero Garcia,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-15-25-PHX-DGC<br><br>**ORDER**<br><br>DEATH PENALTY CASE |

Pending before the Court is Respondents' motion to dismiss Garcia's motion for evidentiary development. (Doc. 43.) Respondents ask the Court to dismiss the motion as untimely. (Doc. 43.) Alternatively, they request a 60-day extension of the deadline for filing their response to the motion. (*Id.*) Garcia filed a response opposing dismissal but not objecting to an extension of the filing deadline. (Doc. 44.) Respondents did not file a reply.

Garcia's habeas petition was initially due on October 30, 2015, with his motion for evidentiary development to be filed no later than March 25, 2016. (Doc. 10.) The Court granted extensions to this briefing schedule, with the result that the deadline for Garcia's evidentiary development motion was ultimately set for December 30, 2016. (Doc. 33.) Instead of filing the motion, and without seeking an extension of the deadline, Garcia filed, on December 21, 2016, a motion to stay and hold these proceedings in abeyance while he sought relief in state court. (Doc. 36.) Garcia indicated that he would seek an extension of the deadline for filing his evidentiary development motion if the Court denied his motion to stay. (Doc. 38 at 8 n.4.) The Court denied the stay motion on May 1,

2017 (Doc. 39), but Garcia did not request an extension of the deadline. Instead, he filed his motion for evidentiary development on August 30, 2017. (Doc. 40.)

The Court is very troubled by Garcia's failure to file his motion for evidentiary development in a timely manner or seek an extension of the filing deadline, but finds that dismissal of the motion is too severe a sanction. The Court will grant Respondents' alternative request.

**IT IS ORDERED denying** Respondents' motion to dismiss. (Doc. 43.) Respondents shall file their response to Garcia's motion for evidentiary development no later than November 28, 2017. Garcia shall file his reply no later than January 5, 2018.

**IT IS FURTHER ORDERED** that the Court will not consider additional extensions of these deadlines.

Dated this 2nd day of November, 2017.

_____
David G. Campbell
United States District Judge